# UNTIED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In the Matter of:

Chris Fowler             Chapter 7
Laura Fowler,           Case No. 08-69788-tjt
                                   Honorable Thomas J Tucker

        Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$68.45** represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000008 | $68.45 |

                                        Respectfully Submitted,

                         By:    /s/ Wendy Turner Lewis
                                        Wendy Turner Lewis (P39505)
                                        Chapter 7 Trustee
                                        444 West Willis Street, Suite 101
                                        Detroit, MI 48201
Dated: July 2, 2010               (313) 832-5555
                                        trustee@lewistrustee.com